IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **ADAM VILLARREAL,** <br><br> Defendant. | **Case No.: 1:22-mj-00070** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to unseal a criminal complaint, the Court finds that the grounds for sealing no longer exist.

1.    IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the prior application to seal, and resulting order, the instant application to unseal, and this Order are unsealed and may be publicly docketed.

Date: _____

                                                    ZIA M. FARUQUI
                                                    UNITED STATES MAGISTRATE JUDGE