# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 1:23-CR-000035-RC |
| CASEY TRYON-CASTRO, ADAM VILLARREAL, TROY WEEKS, PATRICK BOURNES, and MICAIAH JOSEPH, | |
| Defendants. | |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to extend the deadline to respond to defendant Micaiah Joseph's Motions to Transfer Venue (Dkt. 77), which was filed on March 23, 2024, and Motion to Suppress Evidence (Dkt. 78), which was filed on March 24, 2023. Pursuant to Local Criminal Rule 47(b), the deadline for the United States to respond to the Motions is April 6, 2023 and April 7, 2023; however, the Government respectfully requests until April 14, 2023, to file its responses.

The Government has consulted with defense counsel, who does not object to this request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:  */s/ Holly F. Grosshans*
HOLLY F. GROSSHANS
Assistant United States Attorney
D.C. Bar No. 90000361
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

Phone: (202) 252-6737
Email:  Holly.Grosshans@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a copy of the Government's Motion to Extend Deadline To File Response was served on all counsel of record via the Court's electronic filing service.

 /s/ Holly F. Grosshans
Holly F. Grosshans
Assistant United States Attorney

Date:   April 6, 2023