UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Case No. 23-CR-35-2 (RC)
:
ADAM VILLAREAL, :
:
Defendant. :

### ORDER

Pursuant to the motion filed by the United States, ECF 296, it is hereby ordered that the Motion to Dismiss the Indictment as to this defednant pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of January, 2025.

The Honorable Rudolph Contreras
United States District Court Judge